USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/13

**MEMO ENDORSED**

**P. 4**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TED DAVISON, WILLIAM GOULD, and RAY LENCI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VENTRUS BIOSCIENCES, INC., DR. RUSSELL H. ELLISON, DAVID J. BARRETT, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | Index No. 13 Civ. 3119 (RMB)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS** |
| MICHAEL BARTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VENTRUS BIOSCIENCES, INC., DR. RUSSELL H. ELLISON, DAVID J. BARRETT, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | Index No. 13 Civ. 3429 (RMB) |

WHEREAS, On May 9, 2013, Plaintiffs in the *Davison* Action filed a class action complaint sounding in securities fraud, thereby initiating their lawsuit. (ECF. No. 1 ("Davison Complaint")). This case is the first-filed action.

WHEREAS, On May 21, 2013, Plaintiff in the *Bartley* Action filed a class action complaint sounding in securities fraud, thereby initiating his lawsuit. (ECF. No. 1 ("Bartley Complaint")).

WHEREAS, The Private Securities Litigation Reform Act ("PSLRA") contemplates that the plaintiffs who file the initial action must, within 20 days of filing, publish notice to the purported class informing the class members of their right to seek appointment as lead plaintiff

2021938 v2/NY

within 60 days of publication of the notice. *See* 15 U.S.C. §78u-4(a)(3)(A). The Court must appoint a lead plaintiff no later than 90 days after the notice has been published (15 U.S.C. §78u-4(a)(3)(B)(i)), except, if a motion to consolidate multiple actions has been filed, the Court must wait until any consolidation motion has been resolved before appointing a lead plaintiff (15 U.S.C. §78u-4(a)(3)(B)(ii)).

WHEREAS, Plaintiffs and Defendants Ventrus Biosciences, Inc., Dr. Russell H. Ellison, David J. Barrett and National Securities Corporation submit this stipulation because they anticipate that: (1) additional, related cases may be filed in this District and transferred to this Court;[1] (2) one or more motions for appointment of lead plaintiff may be filed; (3) the Court will consolidate all of the related federal securities actions; and (4) the Court will appoint a lead plaintiff and lead counsel pursuant to the PSLRA.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the undersigned parties, as follows:

1. Defendants Ventrus Biosciences, Inc., Dr. Russell H. Ellison, David J. Barrett and National Securities Corporation have or will accept service of the *Davison* and *Bartley* Complaints.

2. The Court will hold a hearing on July 17, 2013 at 9:30 AM to determine and appoint, pursuant to the PSLRA, a lead plaintiff and lead counsel.

3. Counsel for lead plaintiff will file a consolidated amended Complaint by August 30, 2013.

---

[1] If additional cases are filed, the parties and their counsel will undertake to file, pursuant to S.D.N.Y. Local Civil Rule 1.6, a notice of related case in each of those cases relating them to this action.

4. Counsel for Defendants Ventrus Biosciences, Inc., Dr. Russell H. Ellison, David J. Barrett and National Securities Corporation will provide its pre-motion letter to counsel for lead plaintiff on September 23, 2013. Lead plaintiff will respond to Defendants' pre-motion conference letter on September 27, 2013. A pre-motion conference will be held by the Court on **Oct. 2**, 2013 at **1:30** PM.

5. Defendants Ventrus Biosciences, Inc., Dr. Russell H. Ellison, David J. Barrett and National Securities Corporation shall have no obligation to answer or otherwise respond to the *Davison* Complaint or the *Bartley* Complaint until after the appointment of a lead plaintiff and after the filing by such lead plaintiff of a consolidated complaint.

6. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that a party may have with respect to the claims set forth in the *Davison* Complaint or the *Bartley* Complaint.

Dated: June 13, 2013
New York, New York

SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP

By: /s/ Joseph P. Guglielmo
Joseph P. Guglielmo
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel. (212) 223-6444
Fax. (212) 223-6334

*Counsel for the Davison Plaintiffs*

COOLEY LLP

By: /s/ Scott S. Balber
Scott S. Balber, Esq.
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Defendants Ventrus Biosciences, Inc., Dr. Russell H. Ellison, and David J. Barrett*

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP

By: /s/
Marc I. Gross
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York, 10016
Tel. (212) 661-1100
Fax. (212) 661-8665

*Counsel for Plaintiff Bartley*

LAW OFFICES OF MARTIN J. MURRAY

By:_____
Martin Joseph Murray
475 Park Avenue South, 25th Floor
New York, NY 10016
Tel. (212) 725-2044

*Counsel for National Securities Corporation*

ORDER

IT IS SO ORDERED: **On consent.**

Dated: **June 18**, 2013

/s/ Richard M. Berman
RICHARD A. BERMAN
UNITED STATES DISTRICT JUDGE

SO ORDERED. by /s/
6-18-13
DATE    VICTOR MARRERO, U.S.D.J.

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP

By: _____
Marc I. Gross
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York, 10016
Tel. (212) 661-1100
Fax. (212) 661-8665

*Counsel for Plaintiff Bartley*

LAW OFFICES OF MARTIN J. MURRAY

By: _____
Martin Joseph Murray
475 Park Avenue South, 25th Floor
New York, NY 10016
Tel. (212) 725-2044

*Counsel for National Securities Corporation*

**ORDER**

IT IS SO ORDERED:

Dated: _____, 2013

_____
RICHARD A. BERMAN
UNITED STATES DISTRICT JUDGE