UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TED DAVISON, WILLIAM GOULD, AND RAY LENCI, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>VENTRUS BIOSCIENCES, INC., DR. RUSSELL H. ELLISON, DAVID J. BARRETT, and NATIONAL SECURITIES CORPORATION,<br><br>  Defendants. | Case No. 1:13-cv-03119-RMB |
| MICHAEL BARTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>VENTRUS BIOSCIENCES, INC., DR. RUSSELL H. ELLISON, DAVID J. BARRETT, and NATIONAL SECURITIES CORPORATION,<br><br>  Defendants. | Case No. 1:13-cv-03429-RMB |

**NOTICE OF WITHDRAWAL OF MOTION OF THE BROWN INVESTOR GROUP FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF THEIR <u>SELECTION OF COUNSEL</u>**

PLEASE TAKE NOTICE that lead plaintiff movants Amy Brown and A.R.W. Management LLC (the "Brown Investor Group"), having reviewed the competing lead plaintiff motions, hereby withdraw their lead plaintiff motion, as the Brown Investor

Group does not appear to have the largest financial interest.  This notice shall have no effect on, and is without prejudice to, Amy Brown or A.R.W. Management LLC's status as members of the proposed class, including but not limited to the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

    If for any reason, no other application for appointment as lead plaintiff is granted, the Brown Investor Group stands ready, willing, and able to represent the proposed class as lead plaintiffs.

Dated:  July 12, 2013          Respectfully submitted,

LEVI & KORSINSKY LLP

/s/ Nicholas I. Porritt
Nicholas I. Porritt
1101 30th Street NW
Suite 115
Washington, DC 20007
(202) 524-4290
Email: nporritt@zlk.com

*Counsel for Movant the Brown Investor Group*