```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| TED DAVISON, WILLIAM GOULD, AND RAY LENCI, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VENTRUS BIOSCIENCES, INC., DR. RUSSELL H. ELLISON, DAVID J. BARRETT, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | Case: 13-CV-3119-RMB<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**   RMB |

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, subject to approval of the Court, that the following modified schedule shall apply in the above captioned action:

| EVENT DESCRIPTION | CURRENT DATE / DEADLINE | PROPOSED MODIFIED DATE / DEADLINE |
|---|---|---|
| Consolidated Amended Complaint | August 30, 2013 | September 16, 2013 |
| Defendants' Pre-Motion Letter to Lead Plaintiffs  3pp double spaced | September 23, 2013 | ~~October 7, 2013~~ Oct. 7, 2013 |
| Lead Plaintiffs' Response to Defendants' Pre-Motion Letter | September 27, 2013 | October 11, 2013 |
| Settlement/Status Conference | September 23, 2013 at 10:00 a.m. | October 21, 2013 at 10:00 a.m. |
| Pre-Motion Conference | October 2, 2013 at 9:30 a.m. | October 21, 2013 at 10:00 a.m. |

IT IS SO ORDERED this **29** day of **July**, 2013.

_RMB_
THE HONORABLE JUDGE RICHARD M. BERMAN
UNITED STATES DISTRICT COURT JUDGE