**KAHN SWICK & FOTI, LLC**
KIM E. MILLER (KM-6996)
BRUCE W. DONA (BD-3730)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Fax: (504) 455-1498

-and-

LEWIS S. KAHN
J. RYAN LOPATKA
206 Covington St.
Madisonville, LA 70447
Telephone:  (504) 455-1400
Fax:  (504) 455-1498

*Lead Counsel for Lead Plaintiffs Thomas Alderson
and Doris Alderson
and the Class*

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 5/20/14 |

# MEMO ENDORSED



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
| --- | --- |
| TED DAVISON, WILLIAM GOULD, AND RAY LENCI, Individually And On Behalf of All Others Similarly Situated, ) ) ) ) | Case: 13-CV-3119-RMB |
| Plaintiffs, ) ) | HON. JUDGE RICHARD M. BERMAN |
| vs. ) ) ) |  |
| VENTRUS BIOSCIENCES, INC., DR. RUSSELL H. ELLISON, and DAVID J. BARRETT, ) ) ) ) |  |
| Defendants. ) ) |  |

## LEAD PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S MAY 5, 2014 ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Pursuant to Local Civil Rules 6.3 and Fed. R. Civ. P. 59(e) and 60(b), Lead Plaintiffs,

Thomas and Doris Alderson (the "Aldersons"), respectfully move this Court for reconsideration

of its May 5, 2014 Opinion and Order ("Order") granting Defendants' Motion to Dismiss the

Consolidated Amended Class Action Complaint with Prejudice ("Motion to Dismiss").

For all of the reasons set forth in the Memorandum of Law in Support of Lead Plaintiff's

Motion for Reconsideration of the Court's Order Granting Defendants' Motion to Dismiss which

is being filed herewith, Lead Plaintiffs respectfully request that the Court grant Plaintiff's motion

for reconsideration, vacate the Order dismissing the Complaint with prejudice, and deny the

Defendants' Motion to Dismiss.

Dated: May 19, 2014

Respectfully submitted,

KAHN SWICK & FOTI, LLC

/s/ Kim E. Miller
Kim E. Miller (KM-6996)
Bruce W. Dona (BD-3730)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone:   (212) 696-3730
Facsimile:   (504) 455-1498

-and-

Lewis S. Kahn
J. Ryan Lopatka
206 Covington St.
Madisonville, LA 70447
Telephone (504) 455-1400
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiffs Thomas P. Alderson and Doris C. Alderson and the Class*

Defendants to respond
by June 17, 2014.

SO ORDERED:
Date: 5/20/14          Richard A. Berman
                       Richard M. Berman, U.S.D.J.

1